Name: Myckel A. McMillan
Address: 1200 W Dimond Blvd Spc #1049
Telephone number: 907-290-6884

**RECEIVED**
SEP 21 2023
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Myckel Anthonie McMillan,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Shere Foods, Inc.,
dba Burger King,

(Enter full names of defendant(s) named on EEOC final decision. Do NOT use et al.)

Defendant(s).

Case No. 3:23-CV-00222-JMK
(To be supplied by Court)

**EMPLOYMENT DISCRIMINATION COMPLAINT**

1. **JURISDICTION**

   This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e(5). Equitable and other relief are also sought under 42 U.S.C. § 2000e(5)(g). Jurisdiction is also based on 28 U.S.C. §§ 1331, 1343 and 42 U.S.C. §§ 1981 et seq.

2. **PARTIES**

   a. Name of plaintiff: Mychael Anthonie McMillan

   Present mailing address: 1200 W Dimond Blvd Spc #1049

   Phone: 907 290-6884

   b. Name of first defendant: Shere Foods, Inc dba Burger King

   Present mailing address or business location: PO Box 33735 Juneau, AK 99801

   Phone: /

   c. Name of second defendant: ____

   Present mailing address or business location: ____

   Phone: ____

   d. Name of third defendant: ____

   Present mailing address or business location: ____

   Phone: ____

   (Copy this blank page for additional defendants, if necessary, and label it 2A.)

3. **NATURE OF CASE**

   a. The address at which I sought employment or was employed by the defendant(s) is: 700 Northway Dr

b. The discriminatory acts occurred on or about 02 / 07 / 2023
(month/day/year)

c. The acts complained of in this suit concern:

i. ____ Failure to employ me

ii. ✓ Termination of my employment

iii. ✓ Failure to promote me

iv. ____ Demotion

v. ____ Denial equal pay/work

vi. ____ Sexual harassment

vii. ✓ General harassment

viii. ✓ Other (Be specific; attach additional sheet if necessary): discrimination
Alaska Statute 18.80.200

d. Defendant's conduct is discriminatory with respect to the following:

i. ✓ My race or color

ii. ____ My religion

iii. ____ My sex

iv. ✓ My national origin

v. Other: National Originn and Harassment

e. I filed a complaint with the Alaska State Commission for Human Rights on or about: 80/17/2023 (month/day/year)

f.  I filed charges with the Equal Employment Opportunity Commission (EEOC) regarding defendant(s) discriminatory conduct on or about: __3 / 03 / 2023__ (month/day/year)

g.  The EEOC sent a **"Notice of Right to Sue"**\* which I received on or about: __8 / 01 / 2023__ (month/day/year). *Please attach notice. The notice is attached to this complaint. __✓__ Yes ___ No

If not, why not: _____

h.  I believe that the defendant(s) is/are still committing these acts against me: __✓__ Yes ___ No

## 4. CAUSE OF ACTION

I allege that the defendant has discriminated against me as follows:

a.  Count 1: __Racial Harassment Race/Color/Discrimination__

Supporting facts (Describe exactly what each defendant did or did not do. State the facts clearly and briefly, in your own words, without citing any legal authority.): (Racial Slurr, Death Threatt) Supervisor Retaliation for Seeking APD help fail to reinstate Job, fail to act with due diligence and reinstate Job and ground "0" damages

"Pre text" lie about the reasons I was fired (insubordination) fail to pay full wages for time worked.

b. Count 2: Pre text "tort"

Supporting facts (Describe exactly what each defendant did or did not do. State the facts clearly and briefly, in your own words, without citing any legal authority.):

Trasspassed me from property
fired for insubordination

## 5. INJURY

How have you been injured by the actions of the defendant(s)? yes
Lost of home, Lost of child custody
Lost of Carpenters union Job offer due to
insufficient funds / housing

## 6. REQUEST FOR RELIEF

I believe I am entitled to the following relief: Ground "O" damage
Where I believe Should put me in
a place Where I can perceive that this
altercation has been happened or Justified
("250K mm / #"5m") 5 million

**WHEREFORE**, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorneys fees.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above complaint, and that the information contained in the complaint is true and correct.

_Mychael Milliken_ (Signature)  08-24-2023 (Date)