IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

MYCKEL McMILLAN,

        Plaintiff,

v.

SHERE FOODS, INC,

        Defendant.

Case No. 3:23-cv-00222-SLG

# [PROPOSED] ORDER GRANTING MOTION TO DISMISS

THIS COURT, having read Defendant's Renewed Motion to Dismiss, hereby GRANTS the motion.

**IT IS SO ORDERED.**

Date:_____      By:_____
                                                                                              Honorable Sharon L. Gleason
                                                                                             District Court Judge

[Proposed] Order Granting Renewed Motion to Dismiss
*McMillan v. Shere Foods, Inc.,* Case No. 3:23-CV-00222-JMK                                        Page 1 of 2

Case 3:23-cv-00222-SLG    Document 19-1    Filed 04/09/25    Page 1 of 2

## CERTIFICATE OF SERVICE

This is to certify that on April 9, 2025, the foregoing was served on the following via US Mail:

Myckel Anthonie McMillan
1200 W Dimond Blvd
Spc #1049
Anchorage, AK 99515


ASHBURN & MASON


By:   s/*Maarit Cain*
      Maarit Cain

[Proposed] Order Granting Renewed Motion to Dismiss
*McMillan v. Shere Foods, Inc.,* Case No. 3:23-CV-00222-JMK     Page 2 of 2

Case 3:23-cv-00222-SLG    Document 19-1    Filed 04/09/25    Page 2 of 2