Mykel Anthonie McMillan
**Name**

1200 W Dimond Blvd
**Mailing address**

_____
**Telephone**

RECEIVED
JUN 03 2025
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Mykel,
**Plaintiff/Petitioner,**

vs.

Shere Foods inc,
et al.,
**Defendant(s)/Respondent.**

MOTION to/for
Hearing (or) default Judgment

Case No. 3:23-CV-00222-SLG

I, Mykel McMillan, representing myself without a lawyer, move to/for: _____

under the following statute(s)/rule(s) (if known): _____

for the following reason(s): In the ADR Agreement I Had 30 days to ~~press~~ Rescind his (not(his/her).) with this being said I was told By APD not to return to property after thier neligance and poor Judgement also/therefore I could not rescind to ~~~~

ADR Agreement When I never agree with no Signature AS Stated in 20# Docket

Witch Was mention AS Shere Foods defence to get Judge ~~J~~ hornorable Judge Sharon L. Gleason to compel Self representive Myckel McMillan (me) to Arbitration. I find that I Myckel McMillan Am ~~are~~ not bound to Agreement (ADr Agreement) and ask for Hearing and/or) Defau~~lt~~e Judgement (as Ships are Sailing)

Date: 6-3-25

Myckel McMillan
Signature

## Certificate of Service

I hereby certify that a copy of the above Motion was served upon

_____ by _____ at
(Name of opposing party/counsel, if already served with summons)    (Mail/fax/hand-delivery)

_____ on _____.
(Address)                                                  (Date)

_____
(Signature)